B6A (Official Form 6A) (12/07)

.

In re  **Luiz Miranda**                                                              ,     Case No.  **12-16848**
                                              Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **7 Washington Ave, Ashland, MA 01721** |  | - | **309,022.00** | **412,539.63** |
| **108 Eliot Street, Ashland, MA** | Fee simple | H | **374,833.00** | **333,600.00** |

|  | Sub-Total > | **683,855.00** | (Total of this page) |
| --- | --- | --- | --- |
|  | Total > | **683,855.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Luiz Miranda**, Debtor

Case No. **12-16848**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TD Bank Checking Account - 824-8739605 | - | 3,500.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | General Houshold furnishings, including bedrooms, livingroom and kitchen | - | 8,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Everyday clothing | - | 500.00 |
| 7. | Furs and jewelry. | | Wedding Ring | - | 200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **12,200.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

In re **Luiz Miranda**, Debtor     Case No. **12-16848**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                              Sub-Total >    **0.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Luiz Miranda**, Case No. **12-16848**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Chevrolet Van Express, 180,000 - good condition** | - | 3,588.00 |
| | | **2010 Toyota Camry, 70,000 miles, good conditions** | - | 9,687.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Electricians tools: ladders, drills, screwdrivers, hammers, pliers, wirestrippers, etc** | - | 2,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > (Total of this page) | **15,775.00** |
| | Total > | **27,975.00** |

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Luiz Miranda**, Case No. **12-16848**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 7 Washington Ave, Ashland, MA 01721 | Mass. Gen. Laws c.188, § 1 | 309,022.00 | 309,022.00 |
| 108 Eliot Street, Ashland, MA | Mass. Gen. Laws c.188, § 1 | 41,233.00 | 374,833.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| TD Bank Checking Account - 824-8739605 | Mass. Gen. Laws c. 246, § 28A | 2,500.00 | 3,500.00 |
| | Mass. Gen. Laws c. 235, § 34(15) | 1,000.00 | |
| **Household Goods and Furnishings** | | | |
| General Houshold furnishings, including bedrooms, livingroom and kitchen | Mass. Gen. Laws c.235, § 34(2) | 8,000.00 | 8,000.00 |
| **Wearing Apparel** | | | |
| Everyday clothing | Mass. Gen. Laws c.235, § 34(1) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wedding Ring | Mass. Gen. Laws c. 235, § 34(18) | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Chevrolet Van Express, 180,000 - good condition | Mass. Gen. Laws c. 235, § 34(16) | 3,588.00 | 3,588.00 |
| 2010 Toyota Camry, 70,000 miles, good conditions | Mass. Gen. Laws c. 235, § 34(16) | 3,912.00 | 9,687.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Electricians tools: ladders, drills, screwdrivers, hammers, pliers, wirestrippers, etc | Mass. Gen. Laws c. 235, § 34(5) | 1,000.00 | 2,500.00 |
| | Mass. Gen. Laws c. 235, § 34(5) | 1,500.00 | |
| | Total: | **372,455.00** | **711,830.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Luiz Miranda**                                                   Case No. __**12-16848**__
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6705** <br><br> **BROOKLINE BANK** <br> **PO BOX 61787** <br> **King of Prussia, PA 19406** | - | | 10/2006 <br><br> **2010 TOYOTA CAMRY** <br><br> Value $ 9,687.00 | | | | 0.00 | 0.00 |
| Account No. **xxxxxx7429** <br><br> **CARRINGTON MORTGAGE SERVICES, LLC** <br> **MARINOSCI LAW GROUP, P.C.** <br> **ATTN: BANKRUPTCY** <br> **1350 DIVISION ROAD, SUITE 301** <br> **West Warwick, RI 02893** | - | | 03/2005 <br><br> 7 Washington Ave, Ashland, MA 01721 <br><br> Value $ 309,022.00 | | | | 412,539.63 | 103,517.63 |
| Account No. <br><br> **Mortgage Lenders Network USA, Inc.** <br> **213 Court St** <br> **Middletown, CT 06457** | - | | 108 Eliot Street, Ashland, MA <br><br> Value $ 374,833.00 | | | | 333,600.00 | 0.00 |
| Account No. **xxxxxx3472** <br><br> **TOWNCRAFT INC** <br> **ONE DE BOER DRIVE** <br> **Glen Rock, NJ 07452** | - | | 01/2012 <br><br> **Purchase Money Security** <br><br> Value $ 0.00 | | | | 578.95 | 578.95 |
| __0__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 746,718.58 | 104,096.58 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 746,718.58 | 104,096.58 |

B6F (Official Form 6F) (12/07)

In re **Luiz Miranda**, Case No. **12-16848**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America**<br>**Kenneth C. Wilson**<br>**Lustig, Glaser & Wilson**<br>**P.O. BOX 9127**<br>**Needham, MA 02492** | | - | **Recorded Execution on Credit Card Debt** | | | | **6,658.80** |
| Account No. **xxxxxx8105**<br><br>**Bank of America**<br>**LOSS/RECOVERY**<br>**4161 Piedmont Parkway**<br>**NC4 105 03 14**<br>**Greensboro, NC 27410** | | - | **Revolving Credit** | | | | **5,176.10** |
| Account No. **xxxxxx2535**<br><br>**Capital One, N.A.**<br>**Bass & Associates, P.C.**<br>**3936 E. Ft. Lowell Rd**<br>**Suite 200**<br>**Tucson, AZ 85712** | | - | **06/2005** | | | | **816.00** |
| Account No. **xxxxxx0001**<br><br>**CHITTENDEN BANK**<br>**850 MAIN ST**<br>**Bridgeport, CT 06604** | | - | **03/2007** | | | | **2,923.00** |

__3__ continuation sheets attached

Subtotal (Total of this page)　**15,573.90**

In re **Luiz Miranda**, Case No. **12-16848**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx5568<br><br>COLLECTION<br>209 W. CENTRAL ST<br>Natick, MA 01760 | - | | 07/06/2012 | | | | 1,943.00 |
| Account No. xxxxxx5187<br><br>FIA Card Services<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | - | | | | | | 578.61 |
| Account No. xxxxxx1019<br><br>NSTAR<br>1 NSTAR WAY<br>Westwood, MA 02090 | - | | 04/2005 | | | | 801.00 |
| Account No. xxxxxx1086<br><br>NSTAR<br>1 NSTAR WAY<br>Westwood, MA 02090 | - | | 08/2006 | | | | 560.00 |
| Account No. xxxxxx0034<br><br>NSTAR<br>1 NSTAR WAY<br>Westwood, MA 02090 | - | | 04/2005 | | | | 491.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,373.61**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Luiz Miranda**                                   ,                Case No. __**12-16848**__
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1052** <br><br>**SPRINT**<br>**ER SOLUTIONS**<br>**PO BOX 9004**<br>**Renton, WA 98057** | | - | 12/2011 | | | | 536.00 |
| Account No. **xxxxxx0407** <br><br>**St. Marys Credit Union**<br>**PO BOX 728**<br>**Marlborough, MA 01752** | | - | 04/2007 | | | | 4,993.00 |
| Account No. **xxxxxx5508** <br><br>**T MOBILE/T-MOBILE USA INC**<br>**PO BOX 248848**<br>**Oklahoma City, OK 73124** | | - | | | | | 351.18 |
| Account No. **xxxxxx4072** <br><br>**THD/CBNA**<br>**CITIBANK USA**<br>**CITICORP CREDIT SERVICES**<br>**ATTN: CENTRALIZED BK/PO BOX 20363**<br>**Kansas City, MO 64195** | | - | 08/2007 | | | | 521.00 |
| Account No. **xxxxxx3801** <br><br>**VERIZON**<br>**500 TECHNOLOGY DR**<br>**SUITE 30**<br>**Saint Charles, MO 63304** | | - | 04/2011 | | | | 288.00 |

Sheet no. __**2**__ of __**3**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **6,689.18**

B6F (Official Form 6F) (12/07) - Cont.

In re **Luiz Miranda**, Case No. **12-16848**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx3094 <br><br> WFCB/HSN <br> WFCB/HSN <br> WFNB <br> PO BOX 183043 <br> Columbus, OH 43218 | | - | 08/2006 | | | | 409.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **409.00**

Total (Report on Summary of Schedules) **27,045.69**

**B6J (Official Form 6J) (12/07)**

In re **Luiz Miranda**           Case No. **12-16848**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,750.00 |
|    a. Are real estate taxes included? | Yes **X**    No ___ | |
|    b. Is property insurance included? | Yes **X**    No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 300.00 |
|                b. Water and sewer | | $ 45.00 |
|                c. Telephone | | $ 140.00 |
|                d. Other **Cable, Internet** | | $ 120.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 20.00 |
| 4. Food | | $ 200.00 |
| 5. Clothing | | $ 50.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|          a. Homeowner's or renter's | | $ 0.00 |
|          b. Life | | $ 0.00 |
|          c. Health | | $ 0.00 |
|          d. Auto | | $ 310.00 |
|          e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)    (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|          a. Auto | | $ 431.00 |
|          b. Other | | $ 0.00 |
|          c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 2,700.00 |
| 17. Other | | $ 0.00 |
|      Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **6,316.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 8,000.00 |
| b. | Average monthly expenses from Line 18 above | $ 6,316.00 |
| c. | Monthly net income (a. minus b.) | $ 1,684.00 |

# United States Bankruptcy Court
### District of Massachusetts

In re **Luiz Miranda**    Case No. **12-16848**
Debtor(s)    Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 6**, **2012**, a copy of my **Schedules A, B, C, D, F, J, Declaration Concerning Debtor's Schedules, and Creditor Matrix with Certificate of Service** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**BROOKLINE BANK**
**P.O. Bank 61787**
**King of Prussia, PA 19406**

**Capital One, N.A.**
**Bass & Associates, P.C.**
**3936 E. Ft. Lowell Road**
**Suite 200**
**Tucson, AZ 85712**

**CARRINGTON MORTGAGE SERVICES, LLC**
**Marinosci Law Group**
**Attn: Bankruptcy**
**1350 Division Rd**
**Suite 301**
**West Warwick, RI 02893**

**CHITTENDEN BANK**
**850 Main Street**
**Bridgeport, CT 06604**

**COLLECTION**
**209 W. Central Street**
**Natick, MA 01760**

**NSTAR**
**1 NSTAR Way**
**Westwood, MA 02090**

**SPRINT**
**ER Solutions**
**P.O. Box 9004**
**Renton, WA 98057**

**St. Marys Credit Union**
**P.O. Box 728**
**Marlborough, MA 01752**

**THD/CBNA**
Citibank USA
Citicorp Credit Services
Attn: Centralized BK
P.O. Box 20363
Kansas City, MO 64195

**TOWNCRAFT INC**
One De Boer Dr
Glen Rock, NJ 07452

**VERIZON**
500 Technology Dr
Suite 30
Saint Charles, MO 63304

**WFCB/HSN**
**WFNB**
**P.O. Box 183043**
**Columbus, OH 43218**

        **/s/ George N. Piandes**
        **George N. Piandes**
        **Law Office of George N. Piandes, PC**
        **873 B Waverly Street**
        **Framingham, MA 01702**
        **508-872-8000Fax:508-872-8001**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re    **Luiz Miranda**                       Case No.    **12-16848**
                               Debtor(s)              Chapter      **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **19**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 6, 2013**                 Signature    **/s/ Luiz Miranda**
                                                                        **Luiz Miranda**
                                                                        Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                       18 U.S.C. §§ 152 and 3571.

```
Bank of America
Kenneth C. Wilson
Lustig, Glaser & Wilson
P.O. BOX 9127
Needham, MA 02492

Bank of America
LOSS/RECOVERY
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

BROOKLINE BANK
PO BOX 61787
King of Prussia, PA 19406

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd
Suite 200
Tucson, AZ 85712

CARRINGTON MORTGAGE SERVICES, LLC
MARINOSCI LAW GROUP, P.C.
ATTN: BANKRUPTCY
1350 DIVISION ROAD, SUITE 301
West Warwick, RI 02893

CHITTENDEN BANK
850 MAIN ST
Bridgeport, CT 06604

COLLECTION
209 W. CENTRAL ST
Natick, MA 01760

FIA Card Services
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

Mortgage Lenders Network USA, Inc.
213 Court St
Middletown, CT 06457

NSTAR
1 NSTAR WAY
Westwood, MA 02090

SPRINT
ER SOLUTIONS
PO BOX 9004
Renton, WA 98057
```

```
St. Marys Credit Union
PO BOX 728
Marlborough, MA 01752

T MOBILE/T-MOBILE USA INC
PO BOX 248848
Oklahoma City, OK 73124

THD/CBNA
CITIBANK USA
CITICORP CREDIT SERVICES
ATTN: CENTRALIZED BK/PO BOX 20363
Kansas City, MO 64195

TOWNCRAFT INC
ONE DE BOER DRIVE
Glen Rock, NJ 07452

VERIZON
500 TECHNOLOGY DR
SUITE 30
Saint Charles, MO 63304

WFCB/HSN
WFCB/HSN
WFNB
PO BOX 183043
Columbus, OH 43218
```